**EINHORN, BARBARITO, FROST**
**& BOTWINICK, P.C.**
A Professional Corporation
165 E. Main Street
P.O. Box 3010
Denville, New Jersey 07834-3010
Tel. (973) 627-7300
Fax: (973) 627-0869
*Christopher L. Musmanno, Esq.*
*Attorney ID No. 020031988*
**Attorneys for Plaintiffs, Kleber N. Betancourth and Delia Betancourth**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KLEBER N. BETANCOURTH and DELIA BETANCOURTH<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES L. MAULDIN, NORTH EAST LOGISTICS, MOE DOE, LARRY DOE, CURLY DOE, and/or THREE STOOGES CORPORATION (fictitious names for the persons, partnerships and/or corporations intended)<br><br>Defendants. | Civil Action No. 2:21-cv-14168-BRM-AME<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THE MATTER** in difference in the above entitled action having been amicably adjusted by and between the parties, by and through their undersigned counsel, hereby stipulate and agree that the Complaint and any and all CrossClaims be and are hereby

1

dismissed, with prejudice, and without costs against all parties. The dismissal is made pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

By: _____
CHRISTOPHER L. MUSMANNO
Atty. ID No. 020031998
**EINHORN, BARBARITO, FROST & BOTWINICK, P.C.**
A Professional Corporation
165 E. Main Street
P.O. Box 3010
Denville, New Jersey 07834-3010
*Counsel for Plaintiffs, Kleber N. Betancourth and Delia Betancourth*
Tel. (973) 627-7300
e-mail: cmusmanno@einhornlawyers.com

Dated: August 11, 2022

By: _____
JEFFREY A. PAYNE
Atty. ID No. 006971996
**LESTER SCHWAB KATZ & DWYER, LLP**
61 S. Paramus Road, Suite 250
Paramus, New Jersey 07652
*Counsel for Defendants, James L. Mauldin and North East Logistics*
Tel. (973) 912-9501
e-mail: jpayne@lskdnylaw.com

Dated: August 11, 2022

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** 08/31/2022

2